In the Matter of the Application of BURRINGTON, CASE & GIBSON, a Corporation, for an Order Confirming Two Certain Awards in Two Certain Controversies between the Petitioner and CHERRY PACKERS CORP. and for Judgment upon Said Awards. BURRINGTON, CASE & GIBSON, Petitioner, Respondent; CHERRY PACKERS CORP., Appellant.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Petition of CHARLES S. CHADWICK, as a Legatee, to Open and Modify a Decree of This Court [Surrogate's Court], Made and Entered in the Matter of the Judicial Settlement of the Account of Proceedings of CHARLES S. CHADWICK and HIRAM AUSTIN TUTTLE, as Executors, etc., of AUSTIN B. FLETCHER, Deceased, and to Construe the Said Will. CHARLES S. CHADWICK, Appellant; TRUSTEES OF THE FLETCHER HOSPITAL, Respondent; ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.— Decree, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Glennon, J., dissents. [166 Misc. 486.]

KATHERINE SPECTOR and SARAH SPECTOR, Appellants, v. NEWS SYNDICATE Co., INC., a Corporation Trading as DAILY NEWS, and ED SULLIVAN, Respondents. — Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiffs to serve a further amended complaint etting fo th special damages within twenty days after service of order, upon payment of said costs No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion.

MILTON J. STRATTON, Respondent, v. NATIONAL TRANSPORTATION Co., INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

KATHERINE FUCHS, Respondent, v. HENRY W. BRODY, Appellant.— We believe that the verdict of the jury was supported by the evidence and should not have been set aside. Order unanimously reversed, with costs and disbursements, and the verdict reinstated. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

DONATO VASSALLO, as Administrator, etc., of MATILDA VASSALLO, Deceased, Respondent, v. JAMES J. JONES and WILLIAM MOIR, Appellants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ETHYL F. MURPHY and CHARLES J. MURPHY, Respondents, v. BRUNO-NEW YORK, INC., and HOWARD B. MERRITT, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Appraisal under the Estate Tax Law of the Estate of MILTON RUPPEL, Deceased. STATE TAX COMMISSION, Appellant; CLEMENTINE T. RUPPEL and KARL TAUSIG, Respondents.— Order unanimously affirmed, with costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.